**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1536**

---

JANICE JACKSON,

             Plaintiff – Appellant,

      v.

BRANCH BANKING & TRUST COMPANY; BRANCH BANKING AND TRUST
COMPANY (BB&T) REGISTERED AGENT; SAMUEL I. WHITE, P.C.;
WILLIAM ADAM WHITE,

             Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Theodore D. Chuang, District Judge.
(8:14-cv-03155-TDC)

---

Submitted:  July 28, 2016          Decided:  August 1, 2016

---

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Janice Jackson, Appellant Pro Se. Robert Harvey Hillman,
SAMUEL I. WHITE, PC, Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Jackson appeals the district court's order denying her third amended motion for reconsideration under Fed. R. Civ. P. 60(b) of the district court's order denying her request for a preliminary injunction regarding her eviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Branch Banking & Tr. Co., No. 8:14-cv-03155-TDC (D. Md. Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED